# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

**CASE NO.: 1:25-cv-06145**

VOLTSTAR TECHNOLOGIES, INC.,

        Plaintiff,

v.

ICE TECHNOLOGIES LLC,

        Defendant.

## AMENDED NOTIFICATION OF AFFILIATES

Plaintiff VOLTSTAR TECHNOLOGIES, INC. ("Voltstar") by and through its undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2:

1. Name of Affiliates pursuant to LR 3.2(a): VOLTSTAR TECHNOLOGIES, INC.

2. VOLTSTAR TECHNOLOGIES, INC. is a private non-governmental party. It is not a parent, subsidiary, or other affiliate of a publicly owned company. Voltstar discloses the following individuals and entities who own, directly or indirectly, five percent or more of the stock of Voltstar:

    **a.** Horizon Adventures, Inc. is Voltstar's Parent Company, that owns 100% of the stock of Voltstar.

    **b.** James McGinley own 5% or more of the stock of Horizon Adventures, Inc.

Dated: June 20, 2025                                Respectfully submitted,

                                                                         **SRIPLAW, P. A.**

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
Joel.rothman@sriplaw.com
LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

And

J. CAMPBELL MILLER
Illinois Bar Number: 6345233
Campbell.miller@sriplaw.com

742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Voltstar Technologies, Inc.*