UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-06145

VOLTSTAR TECHNOLOGIES, INC.,

        Plaintiff,

v.

ICE TECHNOLOGIES LLC,

        Defendant.

## PLAINTIFF'S STATUS REPORT

Plaintiff VOLTSTAR TECHNOLOGIES, INC. ("Voltstar"), by and through its undersigned counsel, pursuant to this Court's Minute Entry Order [ECF 13] hereby files this status report:

On June 2, 2025, Plaintiff filed this action for patent infringement against Ice Technologies, LLC. [ECF 1].

On June 30, 2025, Plaintiff filed its Motion for Entry of Clerk's Default. [DE 12].

On that same day, Defendant's purported outside counsel to Ice Mobility reached out to undersigned counsel requesting an extension of time, to which Plaintiff consented to. A copy of the email correspondence is attached hereto as **Exhibit 1**. Defendant Ice Technologies is a subsidiary company of Ice Mobility.[1]

Defendant has yet to make an appearance or defend this case.

Upon further investigation, Plaintiff has since learned that Ice Technologies may be a licensee of the Brookstone branded chargers at issue. Plaintiff sent a notice letter to the licensor

---

[1] https://www.icemobility.com/single-post/2020/01/13/ice-mobility-acquires-assets-of-mobileistic-a-leading-distributor-and-manufacturer-of-mob

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

of the Brookstone Brand, Bluestar Alliance LLC. A copy of that letter is attached hereto as **Exhibit 2**.

On July 29, 2025, Bluestar Alliance LLC's General Counsel Joseph S. Sutton responded that the matter was tendered to their parent company Hudson. A copy of the email correspondence is attached hereto as **Exhibit 3**.

After further communications with Bluestar and Hudson to determine their involvement (if any) in the sale of the infringing products, Plaintiff anticipates that it will amend the complaint to add additional parties, which will moot the need to file a motion for final default judgment.

Dated: August 1, 2025            Respectfully submitted,

/s/ Layla T. Nguyen
LAYLA T. NGUYEN
layla.nguyen@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Voltstar Technologies, Inc.*