# Exhibit 1

**Layla Nguyen**

| | |
|---|---|
| **From:** | Layla Nguyen |
| **Sent:** | Friday, July 18, 2025 1:17 PM |
| **To:** | Seth E. Darmstadter |
| **Cc:** | Joseph Dunne; Rebecca Pollack; Campbell Miller; George Colville |
| **Subject:** | RE: Ice Mobility |

Mr. Darmstadter:

I am just following up here to see if there was any update on whether you have been retained for this defendant. If not, my client needs to proceed accordingly with clerk's default. Please advise.

Best,
Layla

**Layla Nguyen**
**Senior Associate**
Main: +1 (561) 404.4350
Direct: +1 (561) 826.6924
Email: layla.nguyen@sriplaw.com
www.SRipLaw.com



**Your Passion, Our Protection**
United States - Colombia

---

**From:** Seth E. Darmstadter <sdarmstadter@raineslaw.com>
**Sent:** Monday, June 30, 2025 6:18 PM
**To:** Layla Nguyen <layla.nguyen@sriplaw.com>
**Cc:** Joseph Dunne <joseph.dunne@sriplaw.com>; Rebecca Pollack <rebecca.pollack@sriplaw.com>; Campbell Miller <Campbell.Miller@sriplaw.com>
**Subject:** Re: Ice Mobility

Thank you

**Seth E. Darmstadter** | Partner



30 North LaSalle Street, Suite 3100 Chicago, IL 60602
main: (312) 704-9400 | direct: (312) 625-8347
e: sdarmstadter@raineslaw.com | w: www.raineslaw.com

Confidentiality Notice: The information contained in this email and any attachment(s) to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If any recipient of this communication is not the intended recipient; unauthorized use, disclosure or copying of this email and any accompanying attachment(s) or other information contained herein is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

On Jun 30, 2025, at 4:24 PM, Layla Nguyen <layla.nguyen@sriplaw.com> wrote:

Hi Mr. Darmstadter:

Thanks for responding quickly to our email. We consent to the 30-day extension of time to answer the complaint and you can notate that we are unopposed to any motion to set aside clerk's default if you intend on filing one. Looking forward to hearing back from you.

Best,
Layla

**Layla Nguyen**
Senior Associate
Main: +1 (561) 404.4350
Direct: +1 (561) 826.6924
Email: layla.nguyen@sriplaw.com
www.SRipLaw.com

<image001.png>
**Your Passion, Our Protection**
United States - Colombia

---

**From:** Seth E. Darmstadter <sdarmstadter@raineslaw.com>
**Sent:** Monday, June 30, 2025 5:10 PM
**To:** Layla Nguyen <layla.nguyen@sriplaw.com>
**Subject:** Ice Mobility

Hello
This law form serves as outside counsel to Ice mobility. We just received the email you sent to the company today. I am in the process of being retained. I write to request 30 days extension of time as a professional courtesy. Thank you.

**Seth E. Darmstadter | ** Partner
30 North LaSalle Street, Suite 3100 Chicago, IL 60602
main: (312) 704-9390 | direct: (312) 625-8347
e: sdarmstadter@raineslaw.com | w: www.raineslaw.com

**Confidentiality Notice:** The information contained in this email and any attachment(s) to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If any recipient of this communication is not the intended recipient; unauthorized use, disclosure or copying of this email and any accompanying attachment(s) or other information contained herein is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

This message is from an external sender. Please use caution when opening links & attachments.