# Exhibit 3

**Layla Nguyen**

| | |
|---|---|
| **From:** | Joseph S. Sutton <jsutton@Bluestarall.com> |
| **Sent:** | Tuesday, July 29, 2025 11:30 AM |
| **To:** | George Colville |
| **Cc:** | Joel Rothman; Joseph Dunne; Layla Nguyen; Rebecca Pollack |
| **Subject:** | RE: Lawsuit - Voltstar Technologies, Inc. v. Ice Technologies LLC |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Colville.

Please note that this matter has been tendered to Hudson.
The direct contact at Hudson is:

**Jeffrey L. Poersch, Esq.**
**Deputy General Counsel, VP, North America**
**Avolta**
**HMSHost | Hudson | Dufry**
**M: +1 301-221-0298**
**Jeff.Poersch@hmshost.com**

I believe Mr. Poersch may also be reaching out to you directly.


Of course, all of our rights remain reserved.


**Joseph S Sutton, Esq.**
**General Counsel**

**BLUESTAR ALLIANCE LLC**
**240 Madison Avenue, 15th Floor**
**New York, New York 10016**
**Ph: 212-290-1370 x 245**
**Fax: 212-290-1330**
**Email: JSutton@Bluestarall.com**

UNLESS SPECIFICALLY SET FORTH ABOVE, THE TRANSMISSION OF THIS COMMUNICATION IS NOT INTENDED TO BE A LEGALLY BINDING ELECTRONIC SIGNATURE, AND NO OFFER, COMMITMENT OR ASSENT ON BEHALF OF THE SENDER OR ITS CLIENT IS EXPRESSED OR IMPLIED BY THE SENDING OF THIS MESSAGE, OR ANY ATTACHMENTS. UNLESS SPECIFICALLY SET FORTH ABOVE, NOTHING CONTAINED IN THIS E-MAIL, INCLUDING ANY ATTACHMENTS, SHALL: (A) BE CONSIDERED A LEGALLY BINDING AGREEMENT, AMENDMENT OR MODIFICATION OF ANY AGREEMENT WITH BLUESTAR ALLIANCE LLC OR ANY OF THEIR AFFILIATES AND/ OR SUBSIDIARIES AND/ OR COMPANIES/BRANDS MANAGED BY BLUESTAR ALLIANCE (EACH INDIVIDUALLY, A "COMPANY"), EACH OF WHICH REQUIRES A FULLY EXECUTED ORIGINAL AGREEMENT; OR (B) BE DEEMED APPROVAL OF ANY PRODUCT, PACKAGING, ADVERTISING OR PROMOTION MATERIAL, WHICH MAY ONLY COME IN THE FORM OF SUCH COMPANY'S OFFICIAL APPROVAL FORM PROPERLY EXECUTED BY THE APPROPRIATE COMPANY'S REPRESENTATIVE.

THIS E-MAIL, INCLUDING ANY ATTACHMENTS, IS FROM AN ATTORNEY AND MAY CONTAIN INFORMATION THAT IS PROTECTED BY LAW AS PRIVILEGED AND CONFIDENTIAL, AND IS TRANSMITTED FOR THE SOLE USE OF THE INTENDED RECIPIENT. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, COPYING OR RETENTION OF THIS E-MAIL OR THE INFORMATION CONTAINED HEREIN IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR REPLY E-MAIL, AND PERMANENTLY DELETE THIS E-MAIL FROM YOUR COMPUTER SYSTEM.

IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT, UNLESS EXPRESSLY STATED OTHERWISE, ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** George Colville <george.colville@sriplaw.com>
**Sent:** Friday, July 25, 2025 4:18 PM
**To:** Joseph S. Sutton <jsutton@Bluestarall.com>; contact@thebluealliance.com; info@bluealliance.com; marketing <marketing@Bluestarall.com>; licensing <licensing@Bluestarall.com>; investment@bluestarall.com
**Cc:** Joel Rothman <joel@sriplaw.com>; Joseph Dunne <joseph.dunne@sriplaw.com>; Layla Nguyen <layla.nguyen@sriplaw.com>; Rebecca Pollack <rebecca.pollack@sriplaw.com>
**Subject:** Lawsuit - Voltstar Technologies, Inc. v. Ice Technologies LLC

> Some people who received this message don't often get email from george.colville@sriplaw.com. Learn why this is important

Mr. Sutton,

Enclosed, please find the correspondence from attorney Joseph Dunne in reference to a patent infringement lawsuit that our firm recently filed against Bluestar Alliance's licensee, Ice Technologies LLC. A copy of this correspondence has also been placed in today's mail.

Best,

George Colville

**George N. Colville**
Associate Attorney
Main: (561) 404-4350
Direct: (786) 297-8709
Email: george.colville@sriplaw.com
www.SRipLaw.com



**Your Passion, Our Protection**
United States - Colombia

[CAUTION!!:This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe]