UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Voltstar Technologies, Inc.
                        Plaintiff,

v.                                                  Case No.: 1:25−cv−06145
                                                   Honorable Joan B. Gottschall

Ice Technologies LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2025:

        MINUTE entry before the Honorable Joan B. Gottschall:

Plaintiff's motion [15] for an extension to and including September 2, 2025, of its deadline to file a motion for default judgment is granted.

In its status report [14] dated August 1, 2025, plaintiff represents and attaches email correspondence showing that on June 30, 2025, at approximately 6:18 PM, attorney Layla Nguyen agreed to a request from defendant to extend its answer deadline by thirty days. Dkt. No. [14−1]. At that time, plaintiff's motion for entry of an order of default [12] was pending. The court granted [13] the motion for entry of an order of default on July 2, 2025, without knowing that there had been an agreement to extend the answer deadline. If, as appears from the correspondence, the answer deadline was extended by agreement, the order of default should never have been entered. Either plaintiff or defendant or both should advise the court immediately if the order of default was entered mistakenly.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.