## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Voltstar Technologies, Inc.
                             Plaintiff,

v.                                                 Case No.: 1:25−cv−06145
                                                         Honorable Joan B. Gottschall

Ice Technologies LLC
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 7, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: As requested in plaintiff's statement [17] filed August 6, 2025, the order of default entered July 2, 2025, Dkt. No. [13], is vacated. Plaintiff has until and including September 2, 2025, to file a motion for entry of an order of default and for entry of default judgment. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.