# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | |
|---|---|
| **Voltstar Technologies, Inc.** | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-06145 |
| | ) |
| **Ice Technologies LLC; Hudson Group (HG), Inc.;** | ) |
| **Bluestar Alliance, LLC** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Ibraheem Olasupo, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents to Ice Technologies LLC in Cook County, IL on September 17, 2025 at 9:10 am at 208 SO Lasalle Street, Suite 814, Chicago, IL 60604 by dropping the papers in the dropbox at CT Corporation at 208 SO Lasalle Street, Suite 814, Chicago, IL 60604.

Summons
First Amended Complaint

Geolocation of Serve: https://google.com/maps?q=41.879045,-87.6324216667
Photograph: See Exhibit 1

Total Cost: $150.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ Ibraheem Olasupo

Executed in

Cook County ,

IL        on    9/17/2025        .

Signature
Ibraheem Olasupo
+1 (331) 454-4839
Proof Illinois LLC
No. 117.001863





