## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Voltstar Technologies, Inc.
                         Plaintiff,

v.                                                  Case No.: 1:25−cv−06145
                                                            Honorable Joan B. Gottschall

Ice Technologies LLC, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

       MINUTE entry before the Honorable Joan B. Gottschall:

Defendant Ice Technologies LLC's motion [29] for extension of time to answer or otherwise plead to the first amended complaint [29] (unopposed by all parties who have, to this time, appeared) to September 30, 2025, is granted.

Defendant Ice Technologies LLC shall file a notice of affiliates, complying with Local Rule 3.2, on or before September 24, 2025.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.