UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-06145

VOLTSTAR TECHNOLOGIES, INC.,

        Plaintiff,

v.

ICE TECHNOLOGIES LLC et. al.

        Defendant.

## PARTIES' JOINT STATUS REPORT

    Plaintiff VOLTSTAR TECHNOLOGIES, INC. and Defendants ICE TECHNOLOGIES LLC and HUDSON GROUP (HG) INC., by and through their undersigned counsel, and pursuant to the Court's Minute Order (Dkt. No. 42), hereby submit this joint status report:

    The Court's Order required the Parties to submit either a stipulation of dismissal or a further status report. The Parties advise the Court that they have reached an agreement in principle to resolve this matter, but are still finalizing the settlement papers.

    Accordingly, the Parties jointly request an additional twenty-one (21) days to submit the stipulation of dismissal. This request is made in good faith and for good cause, and no party will be prejudiced by the brief extension.

December 29, 2025                                Respectfully submitted,

| SRIPLAW, P. A. | RAINES FELDMAN LITTRELL LLP |
|---|---|
| */s/ Joel B. Rothman* <br> JOEL B. ROTHMAN <br> Florida Bar Number: 98220 <br> Joel.rothman@sriplaw.com | */s/ Matthew R. Lasky* <br> Matthew R. Lasky (ARDC No. 6318140) <br> Seth E. Darmstadter (ARDC No. 6284759) <br> 30 N. LaSalle Street |

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

LAYLA T. NGUYEN
Florida Bar Number: 1024723
layla.nguyen@sriplaw.com

21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

And

J. CAMPBELL MILLER
Illinois Bar Number: 6345233
Campbell.miller@sriplaw.com
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Voltstar Technologies, Inc.*

Suite 3100
Chicago IL 60602
Phone: 312-704-9400

*Counsel for Defendants Ice Technologies LLC and Hudson Group (HG) Inc.*