**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division**

Voltstar Technologies, Inc.
                                Plaintiff,

v.                                                    Case No.: 1:25−cv−06145
                                                             Honorable Joan B. Gottschall

Ice Technologies LLC, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' Joint Stipulation of Dismissal [51], this case is dismissed as to Ice Technologies LLC and Hudson Group (HG) Inc., with prejudice, with each party to bear its own costs, attorneys' fees and expenses. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.